# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MICHEAL BURKS, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive,<br><br>        Defendants, | Case No.: 5:25-cv-00594-JGB-ACCV<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: May 15. 2026

_____

Hon. Jesus G. Bernal
United States District Judge

1
ORDER OF DISMISSAL